UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSEPH DEPHILLIPS, *on behalf of himself and all others similarly situated,*

    Plaintiff,

-against-

KOHL'S CORPORATION,

    Defendant.

Case No.: 2:19-cv-16-WED

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant KOHL'S CORPORATION, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendants:

By: _/s/ Michael F. Tuchalski, Jr._
Michael F. Tuchalski, Jr., Esq.
Kohl's Corporation
N56 W17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660
Telephone: (262) 703-7000
michael.tuchalski@kohls.com

Date: 10/21/19

SO ORDERED

_____
U.S.D.J.

For the Plaintiff:

By: _/s/ C.K. Lee_
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: October 23, 2019